IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 21-03520-MCF13 |
|---|---|
| MIGUEL ANGEL ELVIRA SANTANA | Chapter 13 |
| LIDUVINA DE JESUS RIVERA | |
| xx-xx-5859 | |
| xx-xx-8034 | |
| Debtor(s) | FILED & ENTERED ON OCT/12/2023 |

ORDER & NOTICE

A pre-trial conference for a contested matter (Docket No. 154) is scheduled for December 13, 2023, at 9:00 A.M. The confirmation hearing is re-scheduled to January 18, 2024, at 9:00 AM, via Microsoft Teams. All parties that wish to appear at the hearing must familiarize themselves and follow the Procedures for Remote Appearances found on the homepage of our Website at https://www.prb.uscourts.gov/.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 12 day of October, 2023.

Mildred Caban Flores
United States Bankruptcy Judge